No. 03–10323.  ROBERSON v. DALLAS COUNTY, TEXAS, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 03–10332.  WILLIAMS v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 03–10333.  JACKSON v. WALLER ET AL.  C. A. 5th Cir. Certiorari denied.

No. 03–10334.  RICHARDS v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 03–10335.  BROWN v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 03–10336.  BABCOCK v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–10339.  BENDER v. RUNNELS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–10342.  DAVIS v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 03–10343.  CUELLAR v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–10345.  MORO v. RYAN ET AL.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 03–10349.  MONSANTO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 03–10353.  MIZUO v. AYERS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–10355.  RUBY v. YARBOROUGH, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–10357.  BROWN v. GARCIA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–10360.  AUTREY v. PARSON.  Ct. App. Miss.  Certiorari denied.